UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THOMAS DANIEL RHODES, | Civil File No. 04-176 (RHK/SRN) |
| Petitioner, | |
| vs. | **NOTICE OF MOTION AND MOTION TO STRIKE** |
| JOAN FABIAN, Commissioner of Corrections, | |
| Respondent. | |

Respondent State of Minnesota hereby moves this Court for an order striking petitioner's "Supplemental Authority In Response To Respondent's Memorandum" on the grounds that it is contrary to Habeas Corpus Rules 5 and 11, unauthorized by this Court, and unnecessary.

This motion is made pursuant to Habeas Corpus Rules 5 and 11, 28 U.S.C. § 2254, and Fed. R. Civ. P. 7, and is supported by the attached memorandum of law as well as all of the files and records in this case.

Dated: November 16, 2004

Respectfully submitted,

s/ **Thomas R. Ragatz**
Thomas R. Ragatz
Bar Number 236822
Attorney for Respondent
Mike Hatch
Attorney General
State of Minnesota
445 Minnesota Street, Suite 1800
St. Paul, MN 55101-2134
Telephone: (651) 296-6598
Fax: (651) 282-2525

ATTORNEYS FOR RESPONDENT

AG: #1320309-v1